# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:18-cv-01264 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 10, 2019<br><br>(Doc. 13) |

Previously, the Court ordered the Commissioner to show cause why sanctions should not be imposed for failure to comply with the Court's order to respond to Plaintiff's confidential letter brief. (Doc. 13) In the alternative, the Commissioner was directed respond to the brief, and file proof of service with the Court. (*Id.* at 2) The same day, the Commissioner filed her proof of service. (Doc. 14) Accordingly, the order to show cause dated April 10, 2019 is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **April 11, 2019**     **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE