1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  ELISA PEREZ,                          ) Case No.: 1:18-cv-1264 - JLT
                                          )
12                    Plaintiff,          ) **ORDER GRANTING PLAINTIFF'S REQUEST**
                                          ) **FOR AN EXTENSION OF TIME**
13          v.                            )
                                          ) (Doc. 16)
14  COMMISSIONER OF SOCIAL SECURITY,      )
                                          )
15                    Defendant.          )
                                          )
16  _____     )

17          On May 6, 2019, Plaintiff filed a stipulation of the parties for an extension of time for the filing

18  of her opening brief.  (Doc. 16)  Notably, the Scheduling Order allows for a single extension of thirty

19  days by the stipulation of the parties (Doc. 5 at 4), and this is the first extension requested by either

20  party.  Accordingly, the Court **ORDERS**:

21          1.      The request for an extension of time (Doc. 16) is **GRANTED**; and

22          2.      Plaintiff **SHALL** file an opening brief no later than **June 10, 2019**.

23

24  IT IS SO ORDERED.

25      Dated:   **May 7, 2019**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28