# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA PEREZ,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-1264 - JLT<br><br>ORDER GRANTING THE COMMISSIONER'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 21) |

On July 18, 2019, the Commissioner filed a motion for an additional extension of seven days to file a response to Plaintiff's opening brief. (Doc. 21) Tina Naiker, counsel for the Commissioner, reports that she was unable to meet the filing deadline due to chronic illness and the medical emergency of a family member. (*Id.* at 1-2) Ms. Naiker reports Plaintiff "does not oppose the requested relief." (*Id.* at 2, *see also* Doc. 21-1 at 2, ¶ 4) Thus, the Court **ORDERS**:

1. The motion for an extension of time (Doc. 21) is **GRANTED**; and
2. The Commissioner **SHALL** respond to the opening brief no later than **August 12, 2019**.

IT IS SO ORDERED.

Dated: __**August 7, 2019**__           __**/s/ Jennifer L. Thurston**__
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).