# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA PEREZ, | ) Case No.: 1:18-cv-1264 - JLT |
| Plaintiff, | ) ORDER GRANTING THE COMMISSIONER'S<br>) MOTION TO ACCEPT THE LATE-FILED BRIEF |
| v. | ) |
| ANDREW M. SAUL[1], | ) (Doc. 24) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

On August 14, 2019, the Commissioner filed a motion requesting that the Court accept the responsive brief filed two days after the deadline previously ordered. (Doc. 24) Tina Naiker, counsel for the Commissioner, reports she was unable to meet the filing deadline due to her chronic illness. (*Id.* at 1) Ms. Naiker also reports Plaintiff "does not oppose the requested relief." (*Id.*, *see also* Doc. 24-1 at 2, ¶ 4) Thus, the Court **ORDERS** that the Commissioner's motion for the Court to accept the late-field brief (Doc. 24) is **GRANTED**.

IT IS SO ORDERED.

Dated: __August 19, 2019__            ___/s/ Jennifer L. Thurston___
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).