**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISA HURTADO DE PEREZ, | Case No.: 1:18-cv-1264 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 29) |
| Defendant. | |

Elisa Hurtado De Perez and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 29) Subject to the terms of the stipulation, the Court **ORDERS** fees in the amount of $6,500.00 are **AWARDED** to Elisa Hurtado De Perez.

IT IS SO ORDERED.

Dated: __July 7, 2020__                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE